No. 97–1070. WESTINGHOUSE ELECTRIC CORP. v. RYDER. C. A. 3d Cir. Certiorari denied.

No. 97–1076. AMERICAN RELOCATION NETWORK INTERNATIONAL, INC. v. WAL-MART STORES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1077. KIRK, ADMINISTRATRIX OF THE ESTATE OF KIRK v. DELAWARE COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1079. STALLWORTH v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 97–1081. PINCHER v. ROCKWELL INTERNATIONAL CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1082. ESTATE OF PHILLIPS ET AL. v. CITY OF MILWAUKEE ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1084. GEORGE, INDIVIDUALLY AND AS NEXT FRIEND AND NATURAL GUARDIAN OF GEORGE ET AL., MINORS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1085. COMMERCE BANK, N. A. v. DIMARIA CONSTRUCTION, INC. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–1086. ORAND ET AL. v. ADAMS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1089. MUNDAY v. WASTE MANAGEMENT OF NORTH AMERICA, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1090. NATIONAL UNION FIRE INSURANCE CO. ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1093. SHIFMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–1094. CASEY v. FLORIDA. Cir. Ct. Palm Beach County, Fla. Certiorari denied.